JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHEKESHA MARTIN, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., aka KROGER, a Foreign Corporation; DOE SMITH'S EMPLOYEES I-X; DOE SMITH'S MANAGERS I-X; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　Defendants. | Case No. 2:24-cv-01857-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　WHEREAS, counsel for the parties have agreed upon a full and final settlement of this matter;

　　IT IS HEREBY STIPULATED AND AGREED by and between BRADLEY S. MAINOR, ESQ. of the law firm MAINOR ELLIS INJURY LAWYERS, Attorneys for Plaintiff CHEKESHA MARTIN, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

　　1.　That the claims herein of Plaintiff CHEKESHA MARTIN against SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

NG-C2N3CBX6 4884-1027-6854.1

2. That there was no trial date set in this matter and this case was settled before the parties submitted a proposed stipulated discovery plan.

Dated this 9th day of December, 2024.

MAINOR ELLIS INJURY LAWYERS

/s/ Taylor Calmelat
_____
BRADLEY S. MAINOR, ESQ.
Nevada Bar No.: 7434
TAYLOR CALMELAT, ESQ.
Nevada Bar No.: 16681
8367 West Flamingo Road – #200
Las Vegas, NV  89147
*Attorneys for Plaintiff*
*Chekesha Martin*

Dated this 9th day of December, 2024.

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No.: 1107
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
*Attorneys for Defendant*
*Smith's Food & Drug Centers, Inc.*

**IT IS SO ORDERED.**

DATED this  10th  day of    December        , 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

NG-C2N3CBX6 4884-1027-6854.1